UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN ERIC HARRIS | CIVIL ACTION |
| VERSUS | NO. 12-2783 |
| LOUIS LABAT, III (OFFICER),<br>TRACIE MENDUS (OFFICER),<br>RAYMOND GENOVESE (SERGEANT),<br>RONAL SERPAS (SUPERINTENDENT) | SECTION "F"(4) |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Calvin Eric Harris's 42 U.S.C. § 1983 complaint raising claims of excessive force, false arrest, false imprisonment, and unlawful search and seizure against the defendants, Officers Louis Labat and Tracie Mendus, Sergeant Raymond Genovese, and Superintendent Ronal Serpas, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  26th  day of _____June_____, 2013.

_____
UNITED STATES DISTRICT JUDGE